IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Sanders, Alonzo | Case Number: 06 B 00039 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 1/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 19, 2008
Confirmed:  March 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,802.15 | |
| Secured: | | 13,485.00 |
| Unsecured: | | 0.00 |
| Priority: | | 7,159.87 |
| Administrative: | | 2,105.00 |
| Trustee Fee: | | 1,308.28 |
| Other Funds: | | 744.00 |
| Totals: | 24,802.15 | 24,802.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,105.00 | 2,105.00 |
| 2. | Americredit Financial Ser Inc | Secured | 16,572.58 | 13,485.00 |
| 3. | Internal Revenue Service | Priority | 12,393.74 | 7,159.87 |
| 4. | RoundUp Funding LLC | Unsecured | 1,125.49 | 0.00 |
| 5. | Capital One | Unsecured | 1,475.01 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 5,996.68 | 0.00 |
| 7. | CB USA | Unsecured | 360.00 | 0.00 |
| 8. | Suburban Emergency Physician | Unsecured | 185.00 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 3,698.56 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 1,728.63 | 0.00 |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | American Collection Corp | Unsecured | | No Claim Filed |
| 14. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | $ 45,640.69 | $ 22,749.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 156.98 |
| 5% | 148.80 |
| 4.8% | 214.26 |
| 5.4% | 522.26 |
| 6.5% | 265.98 |
| | $ 1,308.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sanders, Alonzo | Case Number:  06 B 00039 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  1/3/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      */s/ Mach*